DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff
GMAC INC.

WILLIAM F. GHIRINGHELLI (State Bar No. 195376)
LAW OFFICE OF WM. F. GHIRINGHELLI
39159 Paseo Padre Pkwy Suite 225
Fremont, CA 94538
Telephone:  (510) 739-6495
Facsimile:  (510) 648-2902

Attorney for Defendant
GROTH BROS. OLDSMOBILE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| GMAC INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GROTH BROS. OLDSMOBILE, INC., a California corporation,<br><br>Defendant. | Case No.:  CV-10-01669 PJH (EMCx)<br><br>**Joint Case Management Statement**<br>AND ORDER<br>CMC Date: October 21, 2010<br>Time:         2:00 p.m.<br>Courtroom: 3, 3rd Floor<br>                   1301 Clay Street<br>                   Oakland, California<br>Judge:       Hon. Phyllis J. Hamilton |

Plaintiff, GMAC INC., now known as Ally Financial Inc., a Delaware corporation ("GMAC"), and defendant GROTH BROS. OLDSMOBILE, INC., a California corporation ("Groth Chevrolet" or the "Dealership") (together, GMAC and Groth Chevrolet referred to as the "Parties"), by and through their counsel of record, respectfully submit this Joint Case Management Statement.

19001/0018/852574.1

Joint Case Management Statement
Case No.: CV-10-01669 PJH (EMCx)

**Status of Case:**

The Parties entered into a Work-Out Agreement (the "Workout Agreement") on May 18, 2010, whereby GMAC agreed to refrain from enforcing its rights and remedies under its agreements with Groth Chevrolet until August 2, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Work-Out Agreement.

By its terms, the Workout Agreement expired August 2, 2010. The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC. GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated August 2, 2010 ("Modified Workout Letter"). Under the terms of the Modified Workout Letter, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on Friday, October 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Modified Work-Out Letter.

By its terms, the Modified Work-Out Letter expired on October 1, 2010. The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC. GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated September 30, 2010 (the "Additional Modification Agreement"). Under the terms of the Additional Modification Agreement, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on November 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Additional Modification Agreement.

In light of the foregoing, the Parties request the Court continue the Case Management Conference currently scheduled for October 21, 2010.

DATED: October 14, 2010

SEVERSON & WERSON
A Professional Corporation

By: ___/s/ Andrew S. Elliott___
　　　ANDREW S. ELLIOTT

Attorneys for Plaintiff
GMAC INC.

DATED: October 14, 2010

LAW OFFICE OF WM. F. GHIRINGHELLI

By: ___/s/ William F. Ghiringhelli___
　　　WILLIAM F. GHIRINGHELLI

Attorneys for Defendant
GROTH BROS. OLDSMOBILE, INC.

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 12/2/10 AT 2:00 P.M.

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*