1  DUANE M. GECK (State Bar No. 114823)
   DONALD H. CRAM (State Bar No. 160004)
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Plaintiff
   GMAC INC.
7
   WILLIAM F. GHIRINGHELLI (State Bar No. 195376)
8  LAW OFFICE OF WM. F. GHIRINGHELLI
   39159 Paseo Padre Pkwy Suite 225
9  Fremont, CA 94538
   Telephone:  (510) 739-6495
10 Facsimile:  (510) 648-2902

11 Attorney for Defendant
   GROTH BROS. OLDSMOBILE, INC.
12

13              UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

15 GMAC INC., a Delaware corporation,        Case No.:  CV-10-01669 PJH (EMCx)

16                Plaintiff,                  **Joint Case Management Statement**

17         vs.                               CMC Date:    December 2, 2010
                                             Time:        2:00 p.m.
18 GROTH BROS. OLDSMOBILE, INC., a           Courtroom:   3, 3rd Floor
   California corporation,                                1301 Clay Street
19                                                        Oakland, California
                  Defendant.                 Judge:       Hon. Phyllis J. Hamilton
20

21

22         Plaintiff, GMAC INC., now known as Ally Financial Inc., a Delaware corporation

23 ("GMAC"), and defendant GROTH BROS. OLDSMOBILE, INC., a California corporation

24 ("Groth Chevrolet" or the "Dealership") (together, GMAC and Groth Chevrolet referred to as the

25 "Parties"), by and through their counsel of record, respectfully submit this Joint Case

26 Management Statement.

27

28

19001/0018/863553.1

                                                     Joint Case Management Statement
                                                     Case No.: CV-10-01669 PJH (EMCx)

**Status of Case**:

The Parties entered into a Work-Out Agreement (the "Workout Agreement") on May 18, 2010, whereby GMAC agreed to refrain from enforcing its rights and remedies under its agreements with Groth Chevrolet until August 2, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Work-Out Agreement.

By its terms, the Workout Agreement expired August 2, 2010. The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC. GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated August 2, 2010 ("Modified Workout Letter"). Under the terms of the Modified Workout Letter, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on Friday, October 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Modified Work-Out Letter.

By its terms, the Modified Work-Out Letter expired on October 1, 2010. The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC. GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated September 30, 2010 (the "Additional Modification Agreement"). Under the terms of the Additional Modification Agreement, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on November 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Additional Modification Agreement.

By its terms, the Additional Modification Agreement expired on November 1, 2010. The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC. GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated November 1, 2010 (the "Fourth Modification of Workout Agreement"). Under the terms of the Fourth Modification of Workout Agreement, GMAC agreed to a final extension whereby it would refrain from enforcing its rights and remedies against the Dealership through the close of business

- 2 -

1  on December 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Fourth

2  Modification of Workout Agreement.

3

4          In light of the foregoing, the Parties request the Court continue the Case Management

5  Conference currently scheduled for December 2, 2010.   The case management conference is
      continued to January 13, 2011 at 2:00 p.m.
6

7  DATED:  November 23, 2010                          SEVERSON & WERSON
                                                       A Professional Corporation
8

9
                                                By: _____/s/ Andrew S. Elliott_____
10                                                       ANDREW S. ELLIOTT

11                                                 Attorneys for Plaintiff
                                                   GMAC INC.
12

13

14 DATED:  November 23, 2010                          LAW OFFICE OF WM. F. GHIRINGHELLI

15

16                                              By: _____/s/ William F. Ghiringhelli_____
                                                         WILLIAM F. GHIRINGHELLI
17
                                                   Attorneys for Defendant
18                                                 GROTH BROS. OLDSMOBILE, INC.

19

20

21

22

23                                              11/29/10

24

25

26

27

28

19001/0018/863553.1

Joint Case Management Statement
Case No.: CV-10-01669 PJH (EMCx)

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA