1  DUANE M. GECK (State Bar No. 114823)
   DONALD H. CRAM (State Bar No. 160004)
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Plaintiff
   GMAC INC.

7

8  WILLIAM F. GHIRINGHELLI (State Bar No. 195376)
   LAW OFFICE OF WM. F. GHIRINGHELLI
9  39159 Paseo Padre Pkwy Suite 225
   Fremont, CA 94538
10 Telephone:  (510) 739-6495
   Facsimile:  (510) 648-2902

11 Attorney for Defendant
   GROTH BROS. OLDSMOBILE, INC.

12

13            UNITED STATES DISTRICT COURT

14    NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

15 | GMAC INC., a Delaware corporation, | Case No.:  CV-10-01669 PJH (EMCx) |

16 |            Plaintiff, | **Joint Case Management Statement** and Order |

17 |            vs. | CMC Date:       January 13, 2011 |
   | | Time:             2:00 p.m. |
18 | GROTH BROS. OLDSMOBILE, INC., a California corporation, | Courtroom:      3, 3rd Floor |
   | | 1301 Clay Street |
19 | | Oakland, California |
   |            Defendant. | Judge:           Hon. Phyllis J. Hamilton |
20

21

22        Plaintiff, GMAC INC., now known as Ally Financial Inc., a Delaware corporation

23 ("GMAC"), and defendant GROTH BROS. OLDSMOBILE, INC., a California corporation

24 ("Groth Chevrolet" or the "Dealership") (together, GMAC and Groth Chevrolet referred to as the

25 "Parties"), by and through their counsel of record, respectfully submit this Joint Case

26 Management Statement.

27

28

**Status of Case**:

The Parties entered into a Work-Out Agreement (the "Workout Agreement") on May 18, 2010, whereby GMAC agreed to refrain from enforcing its rights and remedies under its agreements with Groth Chevrolet until August 2, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Work-Out Agreement.

By its terms, the Workout Agreement expired August 2, 2010.  The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC.  GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated August 2, 2010 ("Modified Workout Letter").  Under the terms of the Modified Workout Letter, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on Friday, October 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Modified Work-Out Letter.

By its terms, the Modified Work-Out Letter expired on October 1, 2010.  The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC.  GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated September 30, 2010 (the "Additional Modification Agreement").  Under the terms of the Additional Modification Agreement, GMAC agreed to refrain from enforcing its rights and remedies against the Dealership through the close of business on November 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Additional Modification Agreement.

By its terms, the Additional Modification Agreement expired on November 1, 2010.  The Dealership asked GMAC for additional time so that it can pursue alternative lenders with the intention of paying off the wholesale loans and related debts that it owes to GMAC.  GMAC agreed, and the Parties entered into a separately executed modification of workout letter dated November 1, 2010 (the "Fourth Modification of Workout Agreement").  Under the terms of the Fourth Modification of Workout Agreement, GMAC agreed to a final extension whereby it would refrain from enforcing its rights and remedies against the Dealership through the close of business

- 2 -

1  on December 1, 2010 and so long as Groth Chevrolet agreed to perform as stated in the Fourth

2  Modification of Workout Agreement.

3       By its terms, the Fourth Modification of Workout Agreement expired on

4  November 1, 2010.  The Dealership asked GMAC for additional time so that it can pursue

5  alternative lenders with the intention of paying off the wholesale loans and related debts that it

6  owes to GMAC.  GMAC agreed to provide Groth Chevrolet additional time to pursue alternative

7  lenders.  The Parties are hopeful Groth Chevrolet will fully satisfy its obligations owed under the

8  wholesale loans and related debts within a few weeks.

9       In light of the foregoing, the Parties request the Court continue the Case Management

10  Conference currently scheduled for January 13, 2011.  The Case Management Conference is
   continued to March 10, 2011 at 2:00 p.m.

11

12  DATED:  January 6, 2011                        SEVERSON & WERSON
                                                   A Professional Corporation
13

14

15                                                 By: _____/s/ Andrew S. Elliott_____
                                                        ANDREW S. ELLIOTT
16
                                                   Attorneys for Plaintiff
17                                                 GMAC INC.

18

19  DATED:  January 6, 2011                        LAW OFFICE OF WM. F. GHIRINGHELLI

20

21                                                 By: _____/s/ William F. Ghiringhelli_____
                                                        WILLIAM F. GHIRINGHELLI
22
                                                   Attorneys for Defendant
23                                                 GROTH BROS. OLDSMOBILE, INC.

24

25                                                 1/10/11

26                              IT IS SO ORDERED
                                Judge Phyllis J. Hamilton
27

28

19001/0018/874962.1                                        Joint Case Management Statement
                                                           Case No.: CV-10-01669 PJH (EMCx)