1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| GMAC INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>GROTH BROS. OLDSMOBILE, INC., a California corporation,<br><br>            Defendant. | Case No.: CV-10-01669 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**   AND ORDER |

## STIPULATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff GMAC INC., now known as Ally Financial Inc., a Delaware corporation ("GMAC"), and defendant Groth Bros. Oldsmobile, Inc., a California corporation dba Groth Bros. Chevrolet ("Groth Chevrolet."), hereby stipulate as follows:

1.      The Complaint filed by GMAC against Groth Chevrolet shall be dismissed with prejudice.

2. The parties shall bear their own fees and costs incurred in connection with the matter.

DATED: April 4, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ *Andrew S. Elliott*
ANDREW S. ELLIOTT

Attorneys for Plaintiff
GMAC INC.

DATED: April 4, 2011

LAW OFFICE OF WM. F. GHIRINGHELLI

By: /s/ *William F. Ghiringhelli*
WILLIAM F. GHIRINGHELLI

Attorneys for Defendant
GROTH BROS. OLDSMOBILE, INC.

### [PROPOSED] ORDER

Based on the foregoing stipulation, it is hereby ordered that the Complaint filed by GMAC is dismissed with prejudice. The parties shall bear their own fees and costs incurred in connection with the matter.

**IT IS SO ORDERED.**

Dated: 4/5/11

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA